```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAMON JONES, on behalf of himself and all others similarly situated,

                                    Plaintiff,

-against-

BILLY'S WESTERN WEAR, LLC,

                                    Defendant.

------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-5585 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 6).  A telephone conference will be held on **Tuesday, August 22, 2023 at 12:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **Plaintiff is directed to serve this order, and a copy of the complaint on the Defendant.**

      SO ORDERED.

Dated: July 5, 2023
      New York, New York

                                                         *[signature]*
                                                       _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge