UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DAMON JONES, *on behalf of himself and all others* :
*similarly situated*, :
:
:
                        Plaintiff, :        23-CV-5585 (JMF)
:
        -v- :             ORDER
:
BILLYS WESTERN WEAR, LLC, :
:
                        Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's July 5, 2023 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, in addition to a proposed case management plan.  On September 27, 2023, the parties filed a proposed case management plan, but failed to file a joint letter.  ECF No. 16.  No later than **5:00 p.m. on September 29**, **2023**, the parties shall file a joint letter in accordance with the instructions in ECF No. 5.  Continuing failure to comply with the Court's orders may result in sanctions.

      SO ORDERED.

Dated: September 28, 2023
       New York, New York
                                                              JESSE M. FURMAN
                                                United States District Judge