

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                                                                                                September 28, 2023

      Re:    <u>*Case 1:23-cv-05585-JMF Jones v. Billys Western Wear, LLC*</u>
              <u>Request for Adjournment of Conference</u>

Dear Judge Furman:

      Plaintiff respectfully submits this letter-motion, with the consent of Defendant, to request an adjournment of the initial pretrial conference, currently scheduled for October 4, 2023. This matter is currently scheduled for a settlement conference to take place on November 7, 2023 before Magistrate Judge Parker. For the sake of judicial economy, the Parties request that they be allowed to conclude the settlement conference before an initial pretrial conference is held. As such, an adjournment up to and until November 13, 2023, or a date more convenient to the Court, is being requested. This is the first time this relief is being requested and both Parties consent.

      We thank Your Honor for the attention and consideration herein.

                                                               Respectfully submitted,

                                                               <u>*Mars Khaimov, Esq.*</u>
                                                               Attorney for Plaintiff

Cc: Anthony Tomari, Esq.

Earlier today, the Court ordered the parties to file a joint letter in accordance with the instructions contained in the Court's July 5, 2023 Order.  ECF No. 17.  In response, Plaintiff has filed this letter, which fails to comply with the Court's instructions in multiple ways.  Counsel should not further test the Court's patience; future failures to comply with the Court's orders will result in sanctions.

The initial pretrial conference scheduled for October 4, 2023 is hereby CANCELED, in light of the Court's forthcoming Civil Case Management Plan and Scheduling Order.  The parties should carefully review the deadlines set forth that Order.  The Clerk is directed to terminate ECF No. 18.

SO ORDERED.

*[signature]*

September 28, 2023