```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    DAMON JONES, on behalf of himself and all others
    similarly situated,
                                        Plaintiff,

            -against-

    BILLY'S WESTERN WEAR, LLC,

                                        Defendant.
-----------------------------------------------------------------X
```

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

23-CV-5585 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Order of Dismissal filed on October 6, 2023 (doc. no 22) the Settlement Conference currently scheduled for **November 7, 2023** is hereby adjourned *sine die*.

**SO ORDERED**.

Dated: October 10, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge